UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 23, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRENCE STEVEN BOBBIT,<br><br>Defendant. | Case No. 2:22-mj-25-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  TERRENCE STEVEN BOBBIT , Case No.  2:22-mj-25-KJN  Charge 18 USC § 922(g)(1) , from custody for the following reasons:

    __X__    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other):

Issued at Sacramento, California on February 23, 2022 at _2:54 pm_____.

By: /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney