PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TERRENCE STEVEN BOBBIT,<br><br>            Defendant. | 2:22-MJ-0025-KJN<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>Judge: Hon. Deborah Barnes |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on March 16, 2022.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until March 22, 2022, at 2:00 p.m.
3. The defendant made his initial appearance on February 23, 2022.
4. The defendant is presently out of custody pending trial in this matter.
5. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time

may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including March 22, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: March 14, 2022         /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: March 14, 2022         /s/ Noa Oren
                              NOA OREN
                              Attorney for Terrence Bobbit
                              (as authorized on March 14, 2022)

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  March 15, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE